# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

STEVEN W. GOLD
STEVEN G. MINTZ*
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. McCORMICK***
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
RICHARD M. BRESLOW
BARRY M. KAZAN*
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
ANDREW R. GOTTESMAN
MATTHEW S. SEMINARA
JULIA B. MILNE
RYAN W. LAWLER*
ADAM K. BRODY
ANDREW E. STECKLER
ALEX J. OTCHY*
CARLI M. ABERLE

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE
TIMOTHY J. QUILL, JR.

OF COUNSEL
HONORABLE VITO J. TITONE *(dec.)*
(NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ *(dec.)*
HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])
ALAN KATZ
ERIC M. KUTNER
MARC B. SCHLESINGER*
BRIAN T. SAMPSON
ERICA NAZARIAN
TARA SHAMROTH
JARED VAN VLEET
ANDREW P. NAPOLITANO⁺

⁺ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA
***ALSO ADMITTED IN CALIFORNIA

January 24, 2022

**Via ECF**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    Rumseen Beitmirza v. Elymar Restaurant Corporation et al.,
               1:21-cv-10567 (JPO)
               Request for Extension

Dear Judge Oetken:

      This firm represents Defendants Elymar Restaurant Corporation, Elyane Vaschetta and William Welles (collectively, "Defendants"). Pursuant to Rule 3(c) of Your Honor's Individual Practice Rules, this letter serves to formally request that this Court extend Defendants' time to answer, respond or otherwise move in response to the Complaint be extended from February 11, 2022 to March 11, 2022. Plaintiff is amenable to the additional 30-day extension to March 11, 2022. This is the second request for the relief sought herein.

      Defendants have provided Plaintiff with documentary evidence establishing that Plaintiff's claims are outside of the statute of limitations under both the Fair Labor Standards Act

MINTZ & GOLD LLP
ATTORNEYS AT LAW

January 24, 2022
Page 2

and the New York Labor Law. Indeed, Plaintiff has not worked for Defendants for more than six years prior to the filing of this action. Defendants have requested that Plaintiff voluntarily withdraw the lawsuit with prejudice, in advance of Defendants filing a motion to dismiss the complaint on statute of limitations grounds, and possibly requesting sanctions. Counsel for Plaintiff is taking Defendants' request under advisement and speaking with Plaintiff concerning Defendants' position.

Defendants would like to afford Plaintiff until February 11, 2022 to consider Defendants' request. If Plaintiff refuses to voluntarily dismiss the action, Defendants' will require 30 days to draft and file the motion to dismiss. Accordingly, Defendants request that the Court grant this extension request.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

/s/ Ryan W. Lawler

Ryan W. Lawler

cc:     All Counsel of Record
        (*Via ECF*)

MINTZ & GOLD LLP
ATTORNEYS AT LAW

January 24, 2022
Page 3