UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Rumseen Beitmirza,                                    Index No.: 1:21-cv-10567

                              *Plaintiffs*,            **FED.R.CIV.P. 68**
                                                           **JUDGMENT**

        -*against*-

Elymar Restaurant Corporation, Elyane Vaschetta (a/k/a
Elyane Bruno), and William Welles,

                                   *Defendants*.
------------------------------------------------------------------------X

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Elymar Restaurant Corporation, Elyane Vaschetta (a/k/a Elyane Bruno), and William Welles (collectively, the "Defendants"), having offered to allow Plaintiff Rumseen Beitmirza ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Two Thousand Five Hundred Dollars and Zero Cents ($2,500.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $2,500.00 as against Defendants.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2022
      New York, New York

SO ORDERED:

_____
Hon. District Judge
J. Paul Oetken